1  EDDIE R. JIMENEZ (CA SBN 231239)
ERIN L. LANEY (CA SBN 259863)
2  MATTHEW R. CLARK (CA SBN 271054)
PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
P.O. Box 17933
4  San Diego, CA 92177-0933
Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

**The following constitutes
the order of the court. Signed October 03, 2011**

_____
**Roger L. Efremsky
U.S. Bankruptcy Judge**
_____

8  Attorneys for  Mortgageit, INC.,

10                  UNITED STATES BANKRUPTCY COURT

11         NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 11-40066-RLE |
| LESLIE ANDREA LEVY, | Chapter 13 |
| | R.S. No. ELL-168 |
| | ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | DATE:      September 21, 2011<br>TIME:      1:30 PM<br>CTRM:     201 |
| Debtor(s). | Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

        The above-captioned matter came on for hearing on September 21, 2011, at 1:30 PM, in

Courtroom 201, upon the Motion of MortgageIT, Inc., ("Movant"), for relief from the automatic

stay of 11 U.S.C. § 362, to enforce its interest in the property of Leslie Andrea Levy ("Debtor")

commonly known as 6959 Charing Cross Road, Oakland, California   94705 (the "Real

Property"), which is legally described as follows:

        Lot 64, Gwin Unit of the Highlands of Oakland, filed November
        10, 1925, Map Book 5, Page 39, Alameda County Records.

- 1 -

1

Appearances as noted on the record.

2

Based on the arguments of counsel, and good cause appearing therefor,

3

IT IS HEREBY ORDERED:

4

     1.      The automatic stay of 11 U.S.C. § 362 is modified to allow Movant to send out a

5

30-day notice of acceleration of the loan, if necessary, and to record its Notice of Default against

6

the Real Property; and

7

     2.      In the event that Debtors are not post-petition current with payments to Movant at

8

the expiration of ninety (90) days under the Notice of Default,  Movant may re-file its Motion for

9

Relief From Automatic.

10

11

                ** END OF ORDER **

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2  Pite Duncan, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933

4
   Leslie Andrea Levy
5  6959 Charing Cross Road
   Berkeley, CA 94705

6
   Patrick L. Forte
7  Law Offices of Patrick L. Forte
   1 Kaiser Plaza #480
8  Oakland, CA 94612-3610
   Debtor Attorney

9
   Martha G. Bronitsky
10 P.O. Box 5004
   Hayward, CA 94540-5004
11 Trustee

12 GMAC
   6716 Grade Lane, Building 9, Suite 910
13 Louisville, KY 40213-1407

14 Steven A. Greenfield
   6959 Charing Cross Road
15 Berkeley, CA 94705

16

17

18

19

20

21

22

23

24

25

26

27

- 3 -