```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                  Case No. 11-40066 RLE

**LESLIE ANDREA LEVY,**                     Chapter 13

                               **MOTION TO MODIFY CHAPTER 13 PLAN**
                Debtor.
_____/

    The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

    Commencing January 2012, debtor will pay $2,340.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

    The modification is sought on the following grounds: Debtor's income has decreased.

Dated: January 9, 2012

                                                /s/ Anne Y. Shiau
                                                Anne Y. Shiau
                                                Attorney for Debtor