UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:  CASE NO. 11-40066-RLE13
 CHAPTER 13
LESLIE ANDREA LEVY

 JUDGE ROGER L. EFREMSKY

 DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Trustee Martha G. Bronitsky files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** GMAC MORTGAGE

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 9 | 3058 | $19,804.94 | $19,804.94 | $19,804.94 |
| Total Amount Paid by Trustee | | | | $19,804.94 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 14th day of March, 2016.

LESLIE ANDREA LEVY, 1718 SOLANO AVE, BERKELEY, CA  94707

ELECTRONIC SERVICE - PATRICK L FORTE ATTY, 1624 FRANKLIN ST #911, OAKLAND, CA  94612

GMAC MORTGAGE, 1100 VIRGINIA DR, FORT WASHINGTON, PA  19034

ELECTRONIC SERVICE - PITE DUNCAN LLP, 4375 JUTLAND DR #200, PO BOX 17933, SAN DIEGO, CA  92177-0933

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date:  March 14, 2016 | /s/ Trustee Martha G. Bronitsky |
| | Trustee Martha G. Bronitsky |
| | Chapter 13 Trustee |
| | PO Box 5004 |
| | Hayward, CA  94540 |